USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1214 STANLEY R. GREEN, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Robert E. Keeton, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Stanley R. Green on brief pro se. ________________ Donald K. Stern, United States Attorney, and George B. Henderson, _______________ ____________________ II, Assistant United States Attorney, on Motion for Summary __ Disposition, for appellee. ____________________ June 9, 1997 ____________________ Per Curiam. We carefully have reviewed the record __________ and the briefs of the parties. We therefore summarily affirm _________ ______ the judgment of the district court for essentially the reasons stated in its Memorandum and Order, dated December 30, 1996. See Local Rule 27.1. ___ -2-